Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          CASE NO:3:11-Cr-00187

vs.

**JERRY EASOM**
_____/

**DEFENDANT'S NOTICE OF JUDICIAL CONFLICT
OF INTEREST AND MOTION TO RECUSE**

Comes Now the Defendant Jerry Easom by and through his undersigned counsel and respectfully files this Notice that the presently assigned Judge, the Honorable Aleta Trauger, has a conflict of interest and she should request that the case be reassigned. In support the undersigned would show as follows:

1. The undersigned, as appointed counsel for the Defendant, ascertained on Pacer that this case has been assigned to the Honorable Aleta Trauger.

2. The Defendant has been indicted for making false statements in a judicial proceeding ( suppression hearing) Judge Trauger presided over. That case is <u>United States v. Gerardo Ruiz, et. al</u> Case No. 3:10-cr-00254.

3. Under the language of 28 U.S.C.§ 455 this Court has a conflict of interest and must disqualify herself.

4. The undersigned is filing this motion because he appears to be the first interested party to notice the issue. The Clerk's Office would never have assigned this

case to Judge Trauger had they been aware of the problem. Obviously Judge Trauger is not yet aware of the situation or she would have already reassigned the case.

Wherefore based on the foregoing the defendant Jerry Easom by and through his undersigned counsel respectfully requests this Honorable Court ask the Clerk of the court to reassign this case.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was electronically mailed to AUSA Matt Everitt this 5th day of September, 2011.

RESPECTFULLY SUBMITTED:
/S/ LAWRENCE J. ARNKOFF
**LAWRENCE J. ARNKOFF**
**TENNESSEE BAR** # 026140
**ATTORNEY FOR DEFENDANT**
Larnkoff@Bellsouth.net
**9103 BRENT MEADE BLVD**
**BRENTWOOD TN 37027**
**TEL: 615 973 4570, FAX: 615 371 5327**